# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| THOMPSON, MYRON H. | US DISTRICT COURT/MIDDLE DISTRICT/AL | 04/25/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE, ACTIVE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

ONE CHURCH STREET
P.O. BOX 235
MONTGOMERY, AL 36101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Berkeley Law School | March 28-30, 2016 | Berkeley, CA | Moot Court Competition | Transportation. meals and hotel |
| 2. | National Federation for the Blind | March 30-31, 2016 | Baltimore, MD | Speech | Transportation. meals and hotel |
| 3. | University of Alabama Law School | May 7-8, 2016 | Tuscaloosa, AL | Speech | Transportation. meals and hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | UBS | Premier Variable Credit Line | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.  Regions Bank (various accounts) | A | Interest | K | T | | | | | |
| 2.  IRA #1 (H) | | | | | | | | | |
| 3.  Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 4.  Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 5.  CVS Health Corp. (CVS) | A | Dividend | J | T | | | | | |
| 6.  Dunkin Brands Group Inc (DNKN) | | None | | | Sold | 01/22/16 | J | | |
| 7.  Endo Intl PLC ENDP | | None | | | Sold | 01/25/16 | J | | |
| 8.  Gilead Sciences Inc. (GILD) | | None | | | Sold | 01/22/16 | J | D | |
| 9.  HD Supply Holdings Inc. (HDS) | | None | J | T | | | | | |
| 10.  Jazz Pharmaceuticals Plc (JAZZ) | | None | | | Sold | 01/22/16 | J | B | |
| 11.  Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 12.  Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | Buy<br>(add'l) | 02/02/16 | J | | |
| 13.  Pepsico, Inc. (PEP) | A | Dividend | J | T | | | | | |
| 14.  Potash Corp Sask Inc Canada CAD | A | Dividend | | | Buy | 04/19/16 | J | | |
| 15. | | | | | Sold | 10/25/16 | J | | |
| 16.  Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 17.  Steelcase New Cl A D | A | Dividend | J | T | Buy | 03/14/16 | J | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ultimate Software Group Inc | | None | J | T | Buy | 04/27/16 | J | | |
| 19. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 20. Visa Inc. Cl A (V) | A | Dividend | J | T | Buy | 03/08/16 | J | | |
| 21. Wabtec Inc (WAB) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 22. Walt Disney Co. | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 23. Financial Sector SPDR Trust ETF | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 24. Vanguard Index Funds Vanguard Small Cap ETF (VB) | A | Dividend | J | T | | | | | |
| 25. Vanguard Index Funds Vanguard Small Cap Growth ETF Vipers (VBK) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 26. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 27. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 28. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | J | T | | | | | |
| 29. PIMCO Income Fund Cl P | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 30. PIMCO Stockplus Small Fund Class P (PCKPX) | A | Dividend | | | Sold | 04/19/16 | J | | |
| 31. IRA #2 (H) | | | | | | | | | |
| 32. IShares U.S Healthcare ETF (IYH) | A | Dividend | J | T | | | | | |
| 33. Alibaba Group Hldg Ltd Spon (BABA) (Y) | | | | | | | | | |
| 34. IRA #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Alphabet Inc Cl C (GOOG) | | None | J | T | | | | | |
| 36. Boeing Company (BA) | A | Dividend | J | T | | | | | |
| 37. Broadcom LTD (AVGO) | A | Dividend | J | T | | | | | |
| 38. CVS Health Corp. (CVS) | A | Dividend | J | T | | | | | |
| 39. Foot Locker Inc. | A | Dividend | J | T | Buy | 03/22/16 | J | | |
| 40. Gilead Sciences Inc (GILD) | | None | | | Sold | 01/22/16 | J | A | |
| 41. Hartford Financial Services Group Inc. (HIG) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 42. HD Supply Holdings Inc (HDS) | | None | J | T | | | | | |
| 43. Lockheed Martin Corp (LMT) | A | Dividend | J | T | Buy | 06/30/16 | J | | |
| 44. Medical Properties Trust Inc, Reit (MPW) | A | Dividend | J | T | | | | | |
| 45. Nike Inc CL B (NKE) | A | Dividend | | | Sold | 01/25/16 | J | B | |
| 46. Pepsico Inc. (PEP) | A | Dividend | J | T | | | | | |
| 47. Potash Corp Sask Inc Canada CAD | A | Dividend | | | Buy | 04/19/16 | J | | |
| 48. | | | | | Sold | 10/25/16 | J | | |
| 49. Starbucks Corp (SBUX) | A | Dividend | J | T | | | | | |
| 50. Steelcase New Cl A D | A | Dividend | J | T | Buy | 03/14/16 | J | | |
| 51. Ultimate Software Group Inc | | None | J | T | Buy | 04/27/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | THOMPSON, MYRON H. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. UnitedHealth Group Inc. (UNH) | A | Dividend | J | T | | | | | |
| 53. Untd Technologies Corp (UTX) | | None | | | Sold | 01/22/16 | J | | |
| 54. Visa Inc. Cl A (V) | A | Dividend | J | T | | | | | |
| 55. Wabtec Inc. (WAB) | | None | | | Sold | 01/25/16 | J | | |
| 56. Walt Disney Co. | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 57. Financial Sector SPDR Trust ETF | A | Dividend | J | T | Buy | 11/16/16 | J | | |
| 58. Powershares QQQ Trust ETF (QQQ) | A | Dividend | J | T | | | | | |
| 59. Vanguard Index FundsVanguard Small Cap Growth ETF Vipers (VBK) | | None | | | Sold | 01/25/16 | J | A | |
| 60. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 61. Vanguard Sector Index Fd Vanguard Financials ETF (VFH) | A | Dividend | J | T | | | | | |
| 62. PIMCO Income Fund Cl P | A | Dividend | J | T | Buy | 03/09/16 | J | | |
| 63. PIMCO RAE Fundamental Plus Fund Cl P (PIXPX) | | None | | | Sold | 04/19/16 | J | A | |
| 64. Rydex Biotechnology Fund Cl A (RYBOX) | | None | | | Sold | 01/19/16 | J | A | |
| 65. Royal BK Scotland Group PLC (RBSPRF) | A | Dividend | J | T | | | | | |
| 66. IRA #4 (H) | | | | | | | | | |
| 67. Gabelli Dividend & Income Trust (GDV) | A | Dividend | J | T | | | | | |
| 68. ESA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Blackrock Global Allocation Fund (MDLOX) | | None | J | T | | | | | |
| 70. Pimco RAE Fundamental Plus Fund Cl A (PIXAX) | | None | J | T | | | | | |
| 71. Brokerage Acct #1 (H) | | | | | | | | | |
| 72. UBS Bank USA Dep Acct (cash account) (X) | A | Interest | J | T | | | | | |
| 73. Alphabet Inc Cl C (GOOG) | | None | J | T | Buy | 03/23/16 | J | | |
| 74. | | | | | Sold (part) | 11/17/16 | J | A | |
| 75. Altria Group Inc (MO) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 76. Berkshire Hathaway Inc New (BRKB) | | None | J | T | Sold (part) | 11/17/16 | J | A | |
| 77. Boeing Company (BA) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 78. Broadcom LTD (AVGO) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 79. CVS Health Corp. (CVS) | A | Dividend | | | Sold | 11/17/16 | J | | |
| 80. Dunkin Brands Group Inc (DNKN) | | None | | | Sold | 01/25/16 | J | | |
| 81. Foot Locker Inc. | A | Dividend | J | T | Buy | 03/23/16 | J | | |
| 82. | | | | | Sold (part) | 11/17/16 | J | A | |
| 83. Gilead Sciences Inc (GILD) | | None | | | Sold | 01/22/16 | J | A | |
| 84. Hartford Financial Services Group Inc (HIG) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 85. Jazz Pharmaceuticals PLC (JAZZ) | | None | | | Sold | 01/22/16 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Medical Properties Trust Inc Reit (MPW) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | | |
| 87. Nike Inc Cl B (NKE) | A | Dividend | | | Sold | 01/25/16 | J | B | |
| 88. Pepsico Inc (PEP) | A | Dividend | J | T | | | | | |
| 89. Starbucks Corp (SBUX) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 90. Steelcase New Cl A D | A | Dividend | J | T | Buy | 03/14/16 | J | | |
| 91. | | | | | Sold (part) | 11/17/16 | J | A | |
| 92. Union Pacific Corp (UNP) | | None | | | Sold | 01/22/16 | J | | |
| 93. United Health Group Inc (UNH) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | | |
| 94. Visa Inc Cl A (V) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |
| 95. Wabtec Inc (WAB) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 96. Walt Disney Co. | A | Dividend | J | T | Buy | 02/22/16 | J | | |
| 97. | | | | | Sold (part) | 11/17/16 | J | A | |
| 98. Vanguard Index Funds Vanguard Small Cap Growth ETF Vipers (VBK) | A | Dividend | | | Sold | 01/25/16 | J | A | |
| 99. Vanguard Index Funds Vanguard Mid Cap ETF (VO) | A | Dividend | J | T | | | | | |
| 100. Vanguard Sector Index Fund Vanguard Financials (VFH) | A | Dividend | J | T | | | | | |
| 101. Pimco RAE Fundamental Plus Fund Cl P (PIXPX) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | | |
| 102. Pimco Stockplus Small Fund Cl P (PCKPX) | A | Dividend | J | T | Sold (part) | 11/17/16 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| THOMPSON, MYRON H. | 04/25/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Rydex Biotechnology Fund Cl A (RYBOX) | | None | | | Sold | 01/19/16 | J | B | |
| 104. Virtus Multi Sector Short Term Bond Fund (MFVPEI) | A | Dividend | K | T | Sold (part) | 11/17/16 | J | | |
| 105. Royal BK Scotland Group PLC (RBSPRF) | C | Dividend | K | T | Sold (part) | 11/17/16 | J | | |
| 106. Brokerage Account #2 (H) | | | | | | | | | |
| 107. IShares MSCI Singapore Capped ETF (EWS) | A | Dividend | J | T | | | | | |
| 108. Brokerage Account #3 (H) | | | | | | | | | |
| 109. IShares MSCI Germany ETF (EWG) | A | Dividend | J | T | | | | | |
| 110. Ford Motor Company Com New (F) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 32: Name change only - formerly Ishares Trust U.S. Healthcare ETF (IYH).

Part VII, line 37: Name change only - formerly Avago Technologies Ltd. Sgd. (AVGO).

Part VII, line 65: No asset change - symbol update only.

Part VII, line 78: Name change only - formerly Avago Technologies Ltd. Sgd. AVGO.

Part VII, line 105: Name change only - formerly Royal BK Scotland Group PLC 7.65% Pref Spon ADR (RBSPRF).

Part VII, line 107: Name change only - formerly IShares MSCI Singapore ETF (EWS).

Part VII, line 26 (2015): Delete Col. D(1-3).

| Name of Person Reporting | Date of Report |
|---|---|
| THOMPSON, MYRON H. | 04/25/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MYRON H. THOMPSON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544